RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 20__

DEAR: ABEL ACOSTA

Abel Acosta, Clerk

HEY MRS. ACOSTA, HOW ARE YOU DOING? FRIST I WANT TO ASK WHY WAS I DENIED I BEEN DOING GOOD STAYING OUT THE WAY IN EVERYTHING. WHY IS EVERYTHING HAPPINING BAD TO ME I ONLY MISS A CLASS IN I GET 8 YEARS FOR THAT. IM REALLY TRYING TO COME HOME I HAVE A CHILD THAT NEED ME N HIS LIFE. MS. ACOSTA CAN YOU PLEASE HELP ME OVER TURN MY APPEAL I WILL TAKE SHOCK PROBATION OR ANYTHING. IM JUST TRYING TO BE A FATHER I ALREADY HAVE JOBS SETUP FOR ME IN I GET N SCHOOL CAN I PLEASE HAVE ANOTHER CHANCE AT LIFE I WAS DOING GOOD WHEN I WAS ON PROBATION IM JUST ASEN FOR MY PROBATION BACK. I PROMISE I WILL COMPLETE IT WITH OUT NO PROBLEM.

THANK YOU
GOD BLESS YOU